United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREG MOODY, | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO: 4:17-cv-03407 |
| REFINERY SPECIALTIES INC., | § | |
| *Defendant.* | § | |

## ORDER ON AGREED STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

ON THIS DAY, the Court considered the Agreed Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff, Greg Moody and Defendant, Refinery Specialties Inc., in the above-entitled matter and after due consideration, the Court is of the opinion the Stipulation shall be **GRANTED.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the parties' Agreed Stipulation of Voluntary Dismissal is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant, Refinery Specialties Inc. is **DISMISSED** with prejudice from any and all claims brought by Plaintiff, Greg Moody, with each party to bear their own costs.

**IT IS SO ORDERED.**

SIGNED this __14__ day of __Nov__, 2018

**HON. DAVID HITTNER**
**U.S. DISTRICT JUDGE**